UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
**COASTAL EQUITIES, INC.**,   :

              Plaintiff,   :

       – against –   :   **ORDER ADOPTING REPORT AND RECOMMENDATION**

               :   21-CV-2470 (AMD) (RML)

**DUDLEY FRANKLIN STEPHENS**,   :

             Defendant.   :
---------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

      On May 4, 2021, the petitioner filed this action seeking confirmation of a Financial Industry Regulatory Authority ("FINRA") arbitration award entered in its favor and against Dudley Franklin Stephens. (ECF No. 1.) The respondent did not answer or otherwise move with respect to the petition. On December 9, 2021, I referred the petition to the Honorable Robert Levy, who issued a report and recommendation on October 17, 2022. (ECF No. 15.) In Magistrate Judge Levy's thorough report and recommendation, he recommends that the Court confirm the arbitration award, and award the petitioner $115,264.28. (ECF No. 15 at 7.) No party has filed an objection to the report and recommendation; the time for doing so has passed.

      A district court reviewing a report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept a report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014).

      I have carefully reviewed Magistrate Judge Levy's well-reasoned report and recommendation for clear error and find none. Accordingly, I adopt the report and

recommendation in its entirety.  The arbitration award is confirmed, and the petitioner is awarded $115,264.28 including:

(1) $97,500.00 in outstanding principal and interest;

(2) $3,990.64 in additional interest;

(3) $13,773.64 in fees and expenses related to the arbitration.

**SO ORDERED.**

    s/Ann M. Donnelly
    ―――――――――――――――
    ANN M. DONNELLY
    United States District Judge

Dated: Brooklyn, New York
       November 14, 2022